

**March 9, 2016**

CAAP–
12–00
01082
State v. Fischer
Affirmed

**March 10, 2016**

CAAP–
15–00
00474
E.S., In re
Affirmed